UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| OMAR TERRELL TAYLOR, | ) |
| Plaintiff, | ) 3:08-cv-00401-RCJ-VPC |
| vs. | ) |
| E.K. MCDANIEL et al., | ) **ORDER** |
| Defendants. | ) |

This is a habeas corpus petition by a state prisoner under 28 U.S.C. § 2254. The Court previously granted a motion to stay and abey. Petitioner has asked the Court to reopen the case, noting that he has now exhausted the previously unexhausted claims in his mixed Petition. The Government has not opposed the motion.

**CONCLUSION**

IT IS HEREBY ORDERED that the Motion to Reopen Case (ECF No. 60) is GRANTED, and the stay is LIFTED.

IT IS SO ORDERED.

Dated this 9th day of January, 2015.

_____
ROBERT C. JONES
United States District Judge