UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

OMAR TERRELL TAYLOR,

    Petitioner,

vs.

E.K. MCDANIEL, *et al.*,

    Respondents.

Case No. 3:08-cv-00401-RCJ-VPC

**ORDER**

    On January 9, 2015, the court granted petitioner's motion to reopen case (ECF #63). Accordingly, the court now sets a further briefing schedule for this action.

    **IT IS THEREFORE ORDERED** that the supplemental exhibits filed at ECF #61, are **ACCEPTED** as supplemental exhibits to the first amended petition (ECF #12). The Clerk of Court **SHALL LINK** the supplemental exhibits (ECF #61) to the first amended petition (ECF #12) on the CM/ECF docket in this action.

    **IT IS FURTHER ORDERED** that respondents shall have **forty-five (45)** days following the date of entry of this order within which to answer, or otherwise respond to, the first amended petition (ECF #12).

**IT IS FURTHER ORDERED** that petitioner shall have **forty-five (45) days** following service of the answer to **FILE AND SERVE** a reply brief.  If a dispositive motion is filed in response to the first amended petition, the parties shall brief the motion in accordance with Local Rule 7-2.

**IT IS FURTHER ORDERED** that the parties **SHALL SEND** courtesy (paper) copies of any further exhibits filed in this action to the **Reno** Division of this Court.  Courtesy copies shall be mailed to the Clerk of Court, 400 S. Virginia St., Reno, NV, 89501, and directed to the attention of "Staff Attorney" on the outside of the mailing address label.

DATED: This 20th day of January, 2015.

_____
UNITED STATES DISTRICT JUDGE